**Order entered August 8, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00823-CR

### WILLIE MAURICE HERVEY, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 89th District Court**
**Wichita County, Texas**
**Trial Court Cause No. 57,785-C**

## ORDER

Before the Court is the State's August 6, 2018 motion to extend time to file its brief. We

**GRANT** the motion and **ORDER** the State's brief due on or before September 5, 2018.

/s/     CRAIG STODDART
           JUSTICE